E-FILED: **4/30/10**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG M. CHOI, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | CASE NO. CV 09-3792-GHK (RCx) <br><br> JUDGMENT |

Pursuant to our April 30, 2010 Order issued concurrently herewith, this action is **DISMISSED with prejudice** against Defendants United States of America and Secretary of the Navy Ray Mabus. Plaintiff Kyung M. Choi **SHALL** take nothing by her Complaint.

**IT IS SO ORDERED**.

DATED: April 29, 2010

_____
GEORGE H. KING
United States District Judge