**FILED: 5/4/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Kyung M. Choi,*<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>*United States of America, et al.,*<br><br>　　　　　Defendants. | CASE NO. CV 09-3792-GHK (PLAx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's August 3, 2010 Order, IT IS HEREBY ADJUDGED that Plaintiff Kyung M. Choi's ("Plaintiff") claims against Defendant United States of America are **DISMISSED without prejudice**. Pursuant to the Court's May 4, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant Ray Mabus, Secretary of the Navy, are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

　　　**IT IS SO ORDERED**.

　　　DATED: May 4, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　United States District Judge